# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. GRAY II,<br><br>         Plaintiff,<br><br>     v.<br><br>D. ROBINSON, et al.,<br><br>         Defendants.<br>_____ / | CASE NO. 1:08-cv-00778-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY THE UNITED STATES MARSHAL, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 11) |

Plaintiff Edward L. Gray ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2008, the Court issued a screening order in which it found that Plaintiff's amended complaint states cognizable claims for relief under section 1983 against Defendants Robinson, Ortiz, and Kushner for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Because Plaintiff is not proceeding in forma pauperis, he was provided with instructions on effecting service of process and directed to do so within one-hundred twenty days.

On October 24, 2008, Plaintiff filed a motion seeking service by the United States Marshal. Pursuant to Federal Rule of Civil Procedure 4(c)(2), the Court may appoint the Marshal to effect service upon motion. Given that Plaintiff is incarcerated and proceeding pro se, the Court finds good cause exists to grant the motion and appoint the Marshal for service.

///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of the United States Marshal for service of process is GRANTED;

2. Service is appropriate for the following defendants:

    MTA D. ROBINSON

    DR. R. ORTIZ

    DR. N. KUSHNER

3. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed August 18, 2008.

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed amended complaint filed August 18, 2008.

5. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **November 10, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE