IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDWARD L. GRAY, II,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**D. ROBINSON, et al.,**<br><br>                                        Defendants. | 1:08-cv-00778-OWW-GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**DOCUMENT #19** |

   The Court, having considered Defendants Robinson and Ortiz's request for an extension of time to file a responsive pleading, and good cause having been found:

   **IT IS HEREBY ORDERED:** Defendants Robinson and Ortiz are granted an extension of time of thirty days, to and including March 16, 2009, to complete and file their responsive pleading.

   IT IS SO ORDERED.

   **Dated:   February 9, 2009**                    **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE

1