# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. GRAY II, | CASE NO. 1:08-cv-00778-OWW-GSA PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT KUSHNER, AND AMENDING ORDER TO EXTEND UNENUMERATED RULE 12(B) MOTION DEADLINE |
| v. | |
| D. ROBINSON, et al., | |
| Defendants. | (Doc. 23) |
| _____ / | Unenumerated Rule 12(b) Motion Deadline:    07/20/2009 |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Edward L. Gray, a state prisoner proceeding pro se.  On June 11, 2009, Defendant Kushner filed an answer to the amended complaint.

Application of the discovery and scheduling order filed on April 2, 2009, is HEREBY EXTENDED to Defendant Kushner, and the order is AMENDED to extend the deadline for filing unenumerated Rule 12(b) motions from June 2, 2009, to July 20, 2009.

IT IS SO ORDERED.

**Dated:   June 12, 2009**        _____/s/ **Gary S. Austin**_____
                                 UNITED STATES MAGISTRATE JUDGE

1