# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. GRAY II, | CASE NO. 1:08-cv-00778-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| D. ROBINSON, et al., | (Doc. 32) |
| Defendants. | Discovery Deadline: 04/01/2010<br>Pretrial Dispositive Motion Deadline: 06/01/2010 |

On December 1, 2009, Defendants Ortiz and Robinson filed a motion seeking to modify the scheduling order to extend the discovery deadline to January 22, 2010, and the pretrial dispositive motion deadline to April 2, 2010. Defendant Kushner filed a statement of non-opposition and notice of joinder, and Plaintiff did not file a response. In light of the date of the issuance of this order, the deadlines shall be extended to April 1, 2010, and June 1, 2010, applicable to all parties.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order, filed December 1, 2009, is GRANTED;

2. The discovery deadline is extended to April 1, 2010; and

3. The pretrial dispositive motion deadline is extended to June 1, 2010.

IT IS SO ORDERED.

Dated:   **January 28, 2010**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

1