1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD L. GRAY II,                          1:08-cv-00778-OWW-GSA-PC

12                      Plaintiff,               ORDER REQUIRING PLAINTIFF TO FILE
                                                 OPPOSITION OR NON-OPPOSITION TO
13         v.                                    MOTION FOR SUMMARY JUDGMENT
                                                 FILED BY DEFENDANTS ORTIZ AND
14   D. ROBINSON, et al.,                        ROBINSON, WITHIN THIRTY DAYS

15                                               (Doc. 43.)
                        Defendants.
16   _____/

17

18         On July 1, 2010, defendants Ortiz and Robinson filed a motion for summary judgment.  (Doc.

19   43.)  Plaintiff was required to file an opposition or a statement of non-opposition to the motion

     within twenty-one days, but has not done so.  Local Rule 230(l).
20
           Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file
21
     an opposition or a statement of non-opposition to the motion for summary judgment filed by
22
     defendants Ortiz and Robinson.  If Plaintiff fails to comply with this order, this action will be
23
     dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.
24

25         IT IS SO ORDERED.

26   **Dated:    September 2, 2010**                 _____ **/s/ Gary S. Austin** _____
                                                     UNITED STATES MAGISTRATE JUDGE
27

28