# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. GRAY II,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ROBINSON, et al.,<br><br>    Defendants.<br>_____ | 1:08-cv-00778-OWW-GSA-PC<br>Appeal Case Number 11-16865<br><br>ORDER DISREGARDING<br>PLAINTIFF'S MOTION AS MORE<br>PROPERLY BROUGHT AT<br>COURT OF APPEALS<br>(Doc. 73.)<br><br>ORDER FOR CLERK TO SERVE<br>THIS ORDER ON THE NINTH<br>CIRCUIT |

Edward L. Gray II ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2011, summary judgment was entered in favor of defendants and the case was closed. (Docs. 69, 70.)

On June 22, 2011, upon Plaintiff's motion for extension of time, this Court granted Plaintiff thirty days in which to file a Notice of Appeal to the Ninth Circuit Court of Appeals. (Doc. 72.) On August 1, 2011, Plaintiff filed the Notice of Appeal, together with a Motion of Excusable Neglect, in which he requested permission to file an untimely Notice of Appeal. (Docs. 73, 74.) Plaintiff's Motion of Excusable Neglect is more properly brought at the Ninth Circuit.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion of Excusable Neglect, filed on August 1, 2011, is DISREGARDED by this Court as more properly brought at the Ninth Circuit Court of Appeals; and

2. The Clerk is DIRECTED to serve a copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   August 12, 2011                    /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2